UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RENEE HERN,<br><br>    Plaintiff,<br><br>    v.<br><br>LONGBRIDGE FINANCIAL, LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-02111-NC<br><br>**ORDER TO SHOW CAUSE REGARDING CASE MANAGEMENT CONFERENCE AND CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    The Court scheduled a case management conference for July 17, 2024, at 11:00 a.m. to be held by Zoom video conference. ECF 29. The Court called the matter for the case management conference this morning as scheduled. Counsel for Defendants Longbridge Financial, LLC, Celink, Inc., and Quality Loan Service Corporation appeared by Zoom, but Plaintiff did not appear. Based on Plaintiff's absence, the Court continued the case management conference to August 7, 2024, at 11:00 a.m. by Zoom.[1] This afternoon, Plaintiff emailed the Court indicating she tried to join the conference by phone and Zoom.

    Plaintiff is ordered to file a statement by July 24, 2024, providing any additional

---

[1] The link to access the Zoom conference can be found under the "Public Hearings" heading at https://www.cand.uscourts.gov/nc. More information on joining a Zoom conference can be found at https://www.cand.uscourts.gov/zoom/.

information as to why she did not attend today's case management conference.  To progress this matter, she is also ordered to provide an update regarding US Bank; specifically, the Court refers Plaintiff to the Order at ECF 29 and requests she address how she would like to proceed as to US Bank's non-appearance and non-consent in this matter.

**IT IS SO ORDERED.**

Dated:  July 17, 2024       _____
NATHANAEL M. COUSINS
United States Magistrate Judge