UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RENEE HERN,<br>        Plaintiff,<br>    v.<br>LONGBRIDGE FINANCIAL, LLC, et al.,<br>        Defendants. | Case No. 24-cv-02111-NC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 48, 50 |

The Court granted Defendants' motions to dismiss the initial complaint and ordered Plaintiff Tiffany Renee Hern to file an amended complaint, or a statement indicating she would not amend the complaint, by October 3, 2024. ECF 48. Plaintiff failed to do so, and the Court issued an order extending Plaintiff's deadline to file an amended complaint or statement to October 24, 2024. ECF 50. The Court warned that failure to do so could result in dismissal of this matter without prejudice. ECF 50.

To date, Plaintiff has not filed an amended complaint or statement. The Court therefore dismisses this matter without prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge